UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ZAP AVIATION, LLC,

    Plaintiff,

v.                                                     Case No:   6:23-cv-1149-RBD-LHP

NXT JET, INC., KEVIN WARGO,
CHRIS TASCA and MARCELLO
RUBANO,

    Defendants

## ORDER

This cause comes before the undersigned upon referral from the presiding District Judge and after a preliminary pretrial conference, which was held today. Doc. Nos. 37, 42.  At the conference, the undersigned discussed with counsel for the parties the schedule for this case, as well as their previously submitted Case Management Report.  *See* Doc. No. 36.  As discussed with counsel, the undersigned has recommended that the parties revise their proposed deadlines from the disclosure of expert reports onward by an additional six (6) months, to allow for sufficient time for discovery and other case issues.  The undersigned further advised counsel that the pendency of a motion to dismiss does not

ordinarily provide a basis to stay case deadlines pending resolution of that motion. *See* Middle District Discovery § (I)(E)(4) (2021).

At the conference, counsel requested additional time to discuss the undersigned's proposals with their respective clients, and to thereafter confer and file a revised Case Management Report. As stated on the record, it is **ORDERED** that on or before **October 19, 2023 at 5:00 p.m.**, the parties shall file a revised Case Management Report. **This deadline will not be extended.**

**DONE** and **ORDERED** in Orlando, Florida on October 12, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties