**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ZAP AVIATION, LLC,

          Plaintiff,

v.                                    Case No:   6:23-cv-1149-RBD-LHP

NXT JET, INC. and KEVIN WARGO,

          Defendants

_____

**ORDER**

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR SANCTIONS FOR DEFENDANT AND LEAD COUNSEL'S FAILURE TO APPEAR AT COURT-ORDERED MEDIATION (Doc. No. 65)** |
| **FILED:** | **May 22, 2024** |
| | |
| **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**. | |

    The motion fails to comply with Local Rules 3.01(a) and 3.01(g).   *See also* Doc. No. 48, at 7.

**DONE** and **ORDERED** in Orlando, Florida on May 24, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties