**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ZAP AVIATION, LLC,

      Plaintiff,

v.                                      Case No:   6:23-cv-1149-RBD-LHP

NXT JET, INC.,

      Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  PLAINTIFF'S MOTION TO FILE UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 103)
>
> **FILED:**     November 18, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion, which was filed at 4:40 p.m. on the response deadline, fails to include a memorandum of legal authority as required by Local Rule 3.01(a), nor does it comply with Local Rule 3.01(g).  *See* Doc. No. 103, at 1, n.1 (stating that Zap

consents to the relief sought, but no mention of Defendant). In addition, the motion fails to comply with most of the requirements of Local Rule 1.11. *See* Local Rule 1.11(a), (b). And the Court notes that "[s]ealing is not authorized by a confidentiality agreement," Local Rule 1.11(a), which is the sole basis for the request. *See* Doc. No. 103.

Plaintiff shall either file a renewed motion to seal in full compliance with all applicable Local Rules or its response (with all attachments) on the public docket no later than **12:00 p.m. on November 20, 2024**. This deadline will not be extended and failure to meet this deadline will result in the motion for protective order being deemed unopposed.

**DONE** and **ORDERED** in Orlando, Florida on November 19, 2024.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties