UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ZAP AVIATION, LLC,

        Plaintiff,

v.	Case No:   6:23-cv-1149-RBD-LHP

NXT JET, INC.,

        Defendant

## ORDER

On December 30, 2024, the Court denied Plaintiff Zap Aviation, LLC's motion to file under seal 18 exhibits to its motion for summary judgment, which documents Plaintiff claimed that Defendant NXT Jet, Inc. had marked as confidential during the discovery process.   Doc. Nos. 116–17.   Plaintiff has since filed the materials on the public docket.   Doc. No. 122.   The Court also previously denied Plaintiff's requests to remove Defendant's alleged confidential materials from the public docket filed during discovery motions practice.   *See* Doc. Nos. 105, 108, 113.

Now before the Court are two motions to seal filed by Defendant NXT Jet, Inc., seeking to file under seal numerous exhibits and an unredacted motion for summary judgment, which filings Defendant says include its confidential

information.  Doc. Nos. 118, 120.  Defendant has filed redacted copies of these materials on the public docket.   Doc. Nos. 119, 121.

Upon review, it is not entirely clear whether the materials already filed on the public docket (Doc. Nos. 105, 122) are the same or overlap with those that Defendant wishes to now file under seal by the present motions (Doc. Nos. 118, 120), and which would not be properly subject to sealing at this juncture if they have already been filed on the public docket.

Accordingly, it is **ORDERED** that, on or before **January 9, 2025**, Defendant shall file a notice with the Court identifying with specificity which, if any, of the materials Defendant seeks to file under seal in the present motions (Doc. Nos. 118, 120), have already been filed on the public docket in this case with Plaintiff's motion for summary judgment (Doc. No. 122) or otherwise (*e.g.*, Doc. No. 105).   Failure to comply with this Order will result in the summary denial of the motions to seal (Doc. Nos. 118, 120).

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties